JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:    (623) 939-6718
attyjcharles@joecharles.com
JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Anthony C. Passerrelli and<br>Norma Passerrelli,<br><br>　　　　　　　　Debtor(s). | Case No. 2:09-bk-07130-CGC<br><br>Chapter 13 |
| U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-2<br>　　　　　　　　Movant,<br><br>vs.<br><br>Anthony C. Passerrelli and Norma Passerrelli, Debtor(s), and Russell Brown, Trustee<br>　　　　　　　　Respondents. | RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at<br>　　2137 West Earll Drive<br>　　Phoenix, AZ |

COME NOW the Debtor, Anthony C. Passerrelli and Norma Passerrelli, by and through his counsel undersigned, and hereby responds and objects to Movant U.S. Bank National Association's relief from the Automatic Stay, state as follows:

    1.    Debtor denies that he is delinquent in the amount stated in Movant's

1

Debtors respectfully requests that the Movants Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 30th day of July, 2009.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtor(s)

COPY of the foregoing
mailed this __30__ day of
July, 2009, to:

Tiffany & Bosco, PA
Mark S. Bosco, Esq.
Leonard J. McDonald, Esq.
2525 East Camelback Road, 3rd Fl.
Phoenix AZ 85016
Attorneys for Movant

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, AZ 85012
Chapter 13 Trustee

Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003

By: /s/ P.Poniatowski