JOSEPH W. CHARLES, ESQ #3038
5704 West Palmarie Avenue P.O. BOX 1737
Glendale, AZ 85311-1737
623-939-6546
623-939-6718 Fax
attyjcharles@joe charles.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Case No.2:09-BK-07130-CGC |
|---|---|
| ANTHONY C. PASSERRELLI. | **OBJECTION TO PROOF OF CLAIM OF AMERICA'S SERVICING COMPANY** |
| AND | |
| NORMA PASSERRELLI, Debtor(s). | |

The Debtors ANTHONY C. PASSERRELLI, and NORMA PASSERRELLI object to the Proof of Claim of AMERICA'S SERVICING COMPANY as filed on April 21, 2009 as proof of claim #3:

1.) Is filed by the alleged account servicer with no proof of authority to act on behalf of the holder of the note;

2.) Is filed by AMERICA'S SERVICING COMPANY claiming to be the "creditor" when in fact they are possibly the "servicing agent" at best and as such cannot falsely claim to be a creditor; and

3.) Is not supported by sufficient documentation verifying the alleged arrearages.

THEREFORE, Debtors object to the proof of claim filed on behalf of AMERICA'S SERVICING COMPANY, and asks that their claim be denied.

1

DATED this 19th day of August 2009.

                                              JOSEPH W. CHARLES, P.C.

/s/ Joseph W. Charles
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

COPY of the foregoing
Mailed this 19th day of
August 2009, to:

Mark S. Bosco
Tiffany & Bosco, P.A.
2525 E. Camelback Rd.
Suite 300
Esplanade II
Phoenix, AZ 85016

Russell Brown
Chapter 13 Trustee
Suite 800
3838 N. Central Ave.
Phoenix, AZ 85012-1965