**SO ORDERED.**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: November 05, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-10670/1100175955

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony C. Passerrelli and Norma Passerrelli<br>    Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-2<br>    Movant,<br>  vs.<br>Anthony C. Passerrelli and Norma Passerrelli, Debtors; Russell A. Brown, Trustee.<br>    Respondents. | No. 2:09-bk-07130-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 16) |

    This matter having come before the Court for a Preliminary Hearing on October 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Joseph W. Charles, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated January 18, 2006, and recorded on , in the office of the Maricopa County Recorder at Instrument No. 20060080655 wherein U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-2 is the current beneficiary and Anthony C. Passerrelli and Norma Passerrelli have an interest in, further described as:

    Lot 23, Block 7, Westwood Estates, according to Book 42 of Maos, Page 22, Records of Maricopa County, Ariizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective January 27, 2010** in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

                                          _____
                                          JUDGE OF THE U.S. BANKRUPTCY COURT