Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| ANTHONY C. PASSERRELLI, | Case No. 2-09-BK-07130 PHX CGC |
| and | **TRUSTEE'S RECOMMENDATION** |
| NORMA PASSERRELLI, | (No hearing) |
| Debtors. | |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs.

Subject to the resolution of the following issues, the Plan will meet Code requirements and the Trustee will recommend confirmation:

1. The Trustee requests a copy of the Debtors' state and federal income tax returns for 2009, to include all schedules, statements and w-2 forms.

2. The Plan is underfunded due to underestimated mortgage arrears and fails to meet the Chapter 7 reconciliation requirement of the Code. Additional Plan yield is required in order to pay arrears in full and a minimum of $4,956.70 to unsecured creditors.

3. Schedule I indicates that the debtor is employed as a "roofing consultant." The Trustee requires copies of two recent consecutive paystubs to verify income.

4. The 2016(b) Disclosure Statement filed by the counsel for the Debtor(s) differs from the Application for Payment of Administrative Expense contained in the Plan. The Trustee objects to the Application if the fee agreement signed by the Debtor(s) differs from the Application for Payment of Administrative Fees. The Trustee requires a copy of the attorney fee agreement not later than February 10, 2010.

5.      The Plan provides to pay ASC $139.72 per month adequate protection. The attorney for the debtors is advised that the Trustee does not pay adequate protection to real property lienholders. Any Order Confirming the Plan should strike this provision.

6.      America's Servicing Co., has filed an objection to the Plan. The attorney for the Debtor(s) must notify the Trustee if the objection has been resolved or, if the objection is unresolved, file the appropriate motion to get the Court to hold a hearing on the objection. If resolution of the objection changes Plan funding requirements, the Trustee requires receipt of an amended Plan analysis with any proposed order confirming the Plan. If a motion is filed to get a hearing before the Court, the time to submit a proposed Order confirming the Plan to the Trustee is extended.

7.      The Statement of Financial Affairs # 8 or an income tax return discloses gambling losses. The Trustee advises the Debtor(s) that post-petition gambling losses must be limited to the amount of recreation expense in Schedule J and the Trustee will oppose any motion for moratorium or waiver or payment due to gambling losses. The Trustee requires that any proposed order confirming plan provide that "The Debtor(s) shall not seek a plan modification or motion for moratorium due to post-petition gambling debt or the diversion of income for gambling activities."

8.      Any Order confirming the Plan must comply with the provisions of the Trustee's Memorandum dated March 19, 1998 (copy enclosed or previously submitted to counsel). The tax years are 2009 and 2010. The time to submit a proposed Order to the Trustee is extended to 15 days after the conclusion of any objection to proof of claim or objection to confirmation.

9. Other requirements:

(a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

(b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(e) To expedite the order review process, counsel should use the recommended form for the order confirming plan found at http://www.maney13trustee.com/mcforms2.htm.

**Plan payment status:** Debtors' interim payments of $279.22 are current through due date December 10, 2009. Payment in like amount is now due for due date January 10, 2010, with an additional payment coming due February 10, 2010. Debtors' remittance in the total amount of $558.44 must be received in the Trustee's office not later than February 10, 2010.

Subsequent payments will be due on or before the 10th day of the month, starting March 2010.

SUMMARY

**Pursuant to Local Rule 2084-10, paragraph E.(2), the Debtors must provide the following by February 10, 2010 or the Trustee will lodge an order dismissing the case:**

(a) All information and documents as requested in Items #1, #3, #4 and #6 above; and

(b) Pay to the Trustee the sum of $558.44.

**The Court may dismiss the case without further notice for the Debtors' failure to timely comply with the Trustee's Recommendation.** If the Debtors meet all requirements of the Recommendation and this case remains active, Debtors' counsel must submit to the Trustee for review and signature, a proposed stipulated Order Confirming the Plan, signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than February 10, 2010. The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2084-13(c), L.R.B.P., to begin running when all Recommendation conditions are met.

- 3 -

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | _____ |
| | Russell Brown |
| 5 | Chapter 13 Trustee |
| 6 | |
| 7 | A copy of this document was mailed on the date signed below to: |
| 8 | |
| 9 | Anthony and Norma Passerrelli |
| | 2137 W. Earll Drive |
| 10 | Phoenix,   AZ 85015 |
| | Debtor(s) |
| 11 | |
| 12 | |
| | Joseph W. Charles |
| 13 | P.O. Box 1737 |
| | Glendale, AZ 85311-1737 |
| 14 | Attorney for Debtor(s) |

_____

*cherylturner@ch13bk.com*

- 4 -